PROB 12C
(7/93)

Report Date: March 1, 2011

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR - 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Joaquin Mancilla-Garcia        Case Number: 2:09CR00159-001

Address of Offender: Santa Ana County Jail

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 6/21/2010

Original Offense:       Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:      Prison - 8 Months; TSR - 36 Months      Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Pamela J. Byerly          Date Supervision Commenced: 8/4/2010

Defense Attorney:       Amy Rubin                 Date Supervision Expires: 8/3/2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: The offender was released from U.S. Marshals' custody on July 27, 2010, and turned over to Immigration Customs and Enforcement for deportation processing. Mr. Mancilla-Garcia was deported through Hidalgo, Mexico, on August 4, 2010. The offender was again arrested for illegally entering the United States on or about February 15, 2011. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Mancilla-Garcia, Joaquin
March 1, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/01/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

March 1, 2011
Date